IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Harold Staten, : | |
|     Plaintiff, : | CIVIL ACTION |
| : | No. 24-1380 |
| v. : | |
| : | |
| City of Philadelphia and Detective : | |
| James J. McNesby, : | |
|     Defendants. : | |

## **ORDER**

**AND NOW**, this 9th day of September, 2024, it is **ORDERED** that Defendants' Unopposed Request to Amend Scheduling Order (ECF No. 43) is **GRANTED**. The pretrial timetable deadlines in the Scheduling Order (ECF No. 40) are amended as follows:

- All fact discovery must be completed on or before: August 21, 2025

- Plaintiff's expert reports due on or before: September 22, 2025

- Defendant's expert reports due on or before: October 22, 2025

- Depositions of experts must be completed on or before: November 21, 2025

- Dispositive motions due on or before: January 5, 2026

                                                          s/ANITA B. BRODY, J.
                                                          ANITA B. BRODY, J.