# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAROLD STATEN : 
 : CIVIL ACTION
 : No 24-1380
v. : 
THE CITY OF PHILADLPHIA et al :

## CIVIL JURY TRIAL SCHEDULING ORDER

**AND NOW,** this 14th day of January 2025 it is **ORDERED** as follows:

1. A **Civil Jury Trial** will commence on **September 8, 2025** in Courtroom 7-B on the 7th Floor, U.S. Courthouse, 601 Market St., Philadelphia, PA.

2. A **Final Pretrial Conference and Settlement Conference**[1] will be held on **Monday, August 25, 2025 at 10:30 am** in Chambers, Room 7613, U.S. Courthouse, 601 Market St., Philadelphia, PA.

3. Prior to the filing of any pretrial submissions, the parties are to meet and confer in an effort to reach agreement on matters to be covered in their pretrial memoranda. These matters will be addressed at the final pretrial conference.

4. Pretrial deadlines are as follows:

   - Exchange of exhibits due on or before:[2]   **July 28, 2025**

   - Plaintiff's pretrial memorandum and related submissions due on or before:   **July 28, 2025**

   - Defendant's pretrial memorandum and related submissions due on or before:  **August 4, 2025**

   - Motions in limine due on or before:   **August 4, 2025**

   - Response to motions in limine due on or before: **August 14, 2025**

5. The pretrial memorandum of each party must include the following:[3]

---

[1] All counsel must arrive at the conference with **settlement authority** from the client and arrange for the client to be available by telephone for the duration of the conference.

[2] Exhibits need not be filed.

[3] Failure to file objections to any proposed witnesses, exhibits, or depositions may result in a waiver

- A brief statement of the facts of the case.
  - Defendant(s) must identify any relevant factual disputes.

- A list of items of monetary damages claimed.

- A list showing the names of all witnesses the party submitting the memorandum intends to call at trial. Liability and damages witnesses must be designated separately.

- A schedule of all exhibits to be offered at trial by the party.

- Objections to any proposed witnesses.

- Objections to any proposed exhibits (including objections to genuineness and authenticity).

- Objections to any proposed videotaped testimony.

- Objections to any proposed depositions to be read at trial.

- An estimate of the number of days required for trial.

- Special comments, if any, regarding legal issues, stipulations, amendments of pleadings, or other appropriate matters.

6. Each party must file with its pretrial memorandum:

- Proposed voir dire questions (limited to 15 questions);

- Proposed jury instructions (one point per page);[4]

- Proposed jury verdict sheet and any special interrogatories.

7. Two hard copies of all pretrial submissions must be provided to chambers. **Submissions must be printed single-sided on three-hole punched paper. Do not staple submissions.**

8. Each party must email a copy of its proposed jury instructions in Microsoft Word format to the law clerk assigned to the case.

---

of those objections.

[4] Failure to submit proposed jury instructions may result in the forfeiture of a right to object to the jury charge.

9. Prior to trial, each party must submit two marked copies of the trial exhibits and three copies of the exhibit list to chambers.

                                                                               s/Anita B. Brody

                                                                               _____
                                                                               ANITA B. BRODY, J.

COPIES VIA ECF