UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
215-597-3978

January 14, 2025

**NOTICE OF TRIAL CANCELLATION:**

RE:   24-1380, STATEN v. THE CITY OF PHILADLPHIA et al

Counsel,

   Please be advised that the civil jury trial and final pretrial/settlement conference are CANCELLED.

**COPIES SENT VIA ECF**

s/Joseph B. Walton
_____
Joseph B. Walton
Deputy to Judge Brody