# EXHIBIT 1



**Kimberly Moin <kmoin@nklawllp.com>**

---

# Staten v. City of Philadelphia, et al | Case No: 24-cv-01380 | ROGs and RFPDs

---

**Perry Wasserman** <pwasserman@nklawllp.com>      Fri, Jan 3, 2025 at 6:20 PM
To: "Kevin Harden Jr." <kharden@rossfellercasey.com>, jfeller@rossfellercasey.com, Stacey Mitchell <stacey.mitchell@rossfellercasey.com>, daniellebuford@rossfellercasey.com
Cc: Jami Galbraith <jgalbraith@nklawllp.com>, Natalie Adeeyo <nadeeyo@nklawllp.com>, Ephraim Siff <esiff@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Shneur Nathan <snathan@nklawllp.com>, Kimberly Moin <kmoin@nklawllp.com>, Derek Kane <derek.kane@phila.gov>

Mr. Harden,

With respect to the above-referenced matter, attached please find Defendant Officer James McNesby's First Set of ROGs to Plaintiff and Defendant City of Philadelphia's First Set of RFPDs to Plaintiff.

Kindly confirm receipt of these two documents.

Thank you.

--
Perry Wasserman
Nathan & Kamionski LLP
575 S. Charles St., Suite 402
Baltimore, MD 21201
410-846-0061 (direct)
pwasserman@nklawllp.com



New York ~ Chicago ~ Baltimore ~ Detroit

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**3 attachments**


**Defendant Officer McNesby's 1st Set of ROGs to Plaintiff.pdf**
145K


**Defendant City of Philadelphia's 1st Set of RFPDs to Plaintiff.pdf**
188K

**Defendant City of Philadelphia's 1st Set of RFPDs to Plaintiff.pdf**
188K