# EXHIBIT 2



**Kimberly Moin <kmoin@nklawllp.com>**

# Staten v. City of Philadelphia, et al | Case No: 24-cv-01380 | ROGs and RFPDs

**Kevin Harden Jr.** <kharden@rossfellercasey.com>                              Fri, Jan 3, 2025 at 6:22 PM
To: Perry Wasserman <pwasserman@nklawllp.com>, Joel J Feller <jfeller@rossfellercasey.com>, Stacey Mitchell <stacey.mitchell@rossfellercasey.com>, Danielle Buford <danielle.buford@rossfellercasey.com>
Cc: Jami Galbraith <jgalbraith@nklawllp.com>, Natalie Adeeyo <nadeeyo@nklawllp.com>, Ephraim Siff <esiff@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Shneur Nathan <snathan@nklawllp.com>, Kimberly Moin <kmoin@nklawllp.com>, Derek Kane <derek.kane@phila.gov>

Received.

**Kevin Harden**
One Liberty Place
1650 Market St, 34th Floor
Philadelphia, PA 19103
215-574-2000 **tel** | 215-574-3080 **fax**
www.rossfellercasey.com
kharden@rossfellercasey.com



This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Perry Wasserman <pwasserman@nklawllp.com>
**Sent:** Friday, January 3, 2025 6:21 PM
**To:** Kevin Harden Jr. <kharden@rossfellercasey.com>; Joel J Feller <jfeller@rossfellercasey.com>; Stacey Mitchell <stacey.mitchell@rossfellercasey.com>; Danielle Buford <daniellebuford@rossfellercasey.com>
**Cc:** Jami Galbraith <jgalbraith@nklawllp.com>; Natalie Adeeyo <nadeeyo@nklawllp.com>; Ephraim Siff <esiff@nklawllp.com>; Avi Kamionski <akamionski@nklawllp.com>; Shneur Nathan <snathan@nklawllp.com>; Kimberly Moin <kmoin@nklawllp.com>; Derek Kane <derek.kane@phila.gov>
**Subject:** Staten v. City of Philadelphia, et al | Case No: 24-cv-01380 | ROGs and RFPDs

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]