# EXHIBIT 3



**Kimberly Moin <kmoin@nklawllp.com>**

## Staten v. City of Philadelphia, et al | Case No: 24-cv-01380 | ROGs and RFPDs

**Kimberly Moin** <kmoin@nklawllp.com>  Mon, Feb 10, 2025 at 11:54 AM
To: "Kevin Harden Jr." <kharden@rossfellercasey.com>
Cc: Perry Wasserman <pwasserman@nklawllp.com>, Joel J Feller <jfeller@rossfellercasey.com>, Stacey Mitchell <stacey.mitchell@rossfellercasey.com>, Danielle Buford <danielle.buford@rossfellercasey.com>, Jami Galbraith <jgalbraith@nklawllp.com>, Natalie Adeeyo <nadeeyo@nklawllp.com>, Ephraim Siff <esiff@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Shneur Nathan <snathan@nklawllp.com>, Derek Kane <derek.kane@phila.gov>

Good morning, Mr. Harden,

Can you please advise as to when we can expect Plaintiff's Answer to Discovery Requests?

Thank you.

Kim

[Quoted text hidden]

--
Kimberly A. Moin
*Paralegal*
Nathan & Kamionski LLP
500 Griswold St., Suite 2300
Detroit, MI 48226
313-335-3788
313-769-7097 (fax)
kmoin@nklawllp.com

[Quoted text hidden]