# EXHIBIT 4

    **Kimberly Moin <kmoin@nklawllp.com>**

# Staten v. City of Philadelphia, et al | Case No: 24-cv-01380 | ROGs and RFPDs

**Kevin Harden Jr.** <kharden@rossfellercasey.com>                                           Wed, Feb 12, 2025 at 4:08 PM
To: Kimberly Moin <kmoin@nklawllp.com>
Cc: Perry Wasserman <pwasserman@nklawllp.com>, Joel J Feller <jfeller@rossfellercasey.com>, Stacey Mitchell <stacey.mitchell@rossfellercasey.com>, Danielle Buford <danielle.buford@rossfellercasey.com>, Jami Galbraith <jgalbraith@nklawllp.com>, Natalie Adeeyo <nadeeyo@nklawllp.com>, Ephraim Siff <esiff@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Shneur Nathan <snathan@nklawllp.com>, Derek Kane <derek.kane@phila.gov>

We should have them to you by Monday.


Best,

Kevin.

**Kevin Harden**
One Liberty Place
**1650 Market St, 34th Floor**
**Philadelphia, PA 19103**
215-574-2000 **tel** | 215-574-3080 **fax**
**www.rossfellercasey.com**
kharden@rossfellercasey.com



This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

[Quoted text hidden]