# EXHIBIT 5



**Kimberly Moin <kmoin@nklawllp.com>**

# Staten v. City of Philadelphia, et al | Case No: 24-cv-01380 | ROGs and RFPDs

**Kimberly Moin** <kmoin@nklawllp.com>                                                                                       Tue, Feb 18, 2025 at 11:18 AM
To: "Kevin Harden Jr." <kharden@rossfellercasey.com>
Cc: Perry Wasserman <pwasserman@nklawllp.com>, Joel J Feller <jfeller@rossfellercasey.com>, Stacey Mitchell <stacey.mitchell@rossfellercasey.com>, Danielle Buford <danielle.buford@rossfellercasey.com>, Jami Galbraith <jgalbraith@nklawllp.com>, Natalie Adeeyo <nadeeyo@nklawllp.com>, Ephraim Siff <esiff@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Shneur Nathan <snathan@nklawllp.com>, Derek Kane <derek.kane@phila.gov>

Good morning, Mr. Harden,

I am following up on Plaintiff's Answers to our Discovery Requests. Can you please advise when we can expect to receive your client's responses.

Thank you.

Kim

[Quoted text hidden]



**Kimberly Moin <kmoin@nklawllp.com>**

## Staten v. City of Philadelphia, et al | Case No: 24-cv-01380 | ROGs and RFPDs

**Kevin Harden Jr.** <kharden@rossfellercasey.com>  Tue, Feb 18, 2025 at 12:08 PM
To: Kimberly Moin <kmoin@nklawllp.com>
Cc: Perry Wasserman <pwasserman@nklawllp.com>, Joel J Feller <jfeller@rossfellercasey.com>, Stacey Mitchell <stacey.mitchell@rossfellercasey.com>, Danielle Buford <danielle.buford@rossfellercasey.com>, Jami Galbraith <jgalbraith@nklawllp.com>, Natalie Adeeyo <nadeeyo@nklawllp.com>, Ephraim Siff <esiff@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Shneur Nathan <snathan@nklawllp.com>, Derek Kane <derek.kane@phila.gov>

Good Afternoon:

The responses will be provided by the end of the week. We learned that our client has documents that need to be recovered, scanned, and produced. We wanted to make sure we made a complete production.



**Kevin Harden**
One Liberty Place
**1650 Market St, 34th Floor**
**Philadelphia, PA 19103**
215-574-2000 **tel** | 215-574-3080 **fax**
www.rossfellercasey.com
kharden@rossfellercasey.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Kimberly Moin <kmoin@nklawllp.com>
**Sent:** Tuesday, February 18, 2025 11:18:05 AM

[Quoted text hidden]

[Quoted text hidden]