# EXHIBIT 7



**Kimberly Moin <kmoin@nklawllp.com>**

## Staten v. City of Philadelphia, et al | Case No: 24-cv-01380 | ROGs and RFPDs

**Perry Wasserman** <pwasserman@nklawllp.com>                                    Tue, Feb 25, 2025 at 12:17 PM
To: "Kevin Harden Jr." <kharden@rossfellercasey.com>
Cc: Kimberly Moin <kmoin@nklawllp.com>, Joel J Feller <jfeller@rossfellercasey.com>, Stacey Mitchell <stacey.mitchell@rossfellercasey.com>, Danielle Buford <danielle.buford@rossfellercasey.com>, Jami Galbraith <jgalbraith@nklawllp.com>, Natalie Adeeyo <nadeeyo@nklawllp.com>, Ephraim Siff <esiff@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Shneur Nathan <snathan@nklawllp.com>, Derek Kane <derek.kane@phila.gov>

Thank you Kevin for your diligence. We are happy to accept production on a rolling basis.

[Quoted text hidden]